IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-567-GCM

OUTDOOR LIGHTING  
PERSPECTIVES FRANCHISING, INC.,  
    Plaintiff,  
  v.  
HOME AMENITIES, INC.,  
TIM CHARRIER, JANICE CHARRIER,  
and CHARRIER LIGHTING SOLUTIONS,  
INC.,  
    Defendants.

ORDER GRANTING
ADMISSION PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Michael Robert Gray** to appear *Pro Hac Vice*, dated November 22, 2011 [doc.# 13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Gray has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: November 30, 2011

Graham C. Mullen
United States District Judge