# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11-CV-567-GCM

|  |  |  |
|---|---|---|
| | ) | |
| **OUTDOOR LIGHTING PERSPECTIVES** | ) | |
| **FRANCHISING, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **TIM CHARRIER, et al,** | ) | |
| Defendants. | ) | |

       **THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Justin M. Klein** to appear *Pro Hac Vice*, dated December 8, 2011 [doc.# 22].

       Upon careful review and consideration, this Court will grant the Application.

       In accordance with Local Rule 83.1 (B), the Court notes that Mr. Klein has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

       **IT IS SO ORDERED.**

                  Signed: December 12, 2011

                  Graham C. Mullen
                  United States District Judge