IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV567

| | |
|---|---|
| OUTDOOR LIGHTING PERSPECTIVES FRANCHISING, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOME AMENITIES, INC., TIM CHARRIER, )<br>JANICE CHARRIER, and CHARRIER )<br>LIGHTING SOLUTIONS, INC., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the Court upon Plaintiff's Motion to Hold Defendants in Contempt. A hearing was held in this matter on June 7, 2012. For the reasons stated in open court, the Court finds that the Defendants are in contempt for violating the Preliminary Injunction Order entered by this Court on January 18, 2012.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Hold Defendants in Contempt is hereby GRANTED, and Defendants are hereby ordered to pay Plaintiff the amount of $6,200.00, to be held in trust with Plaintiff's attorney pending a decision by the Fourth Circuit on Defendant's appeal;

IT IS FURTHER ORDERED that Plaintiff's counsel Mr. Gray may submit a motion and affidavit in support of reasonable attorney's fees and costs associated with the filing of the present motion.

Signed: June 7, 2012

Graham C. Mullen
United States District Judge