**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

Case Number: 3:11cv567

| | | |
|---|---|---|
| Outdoor Lighting Perspectives Franchising, Inc | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| Charrier, et al | ) | |
| | ) | |
| Defendant | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 7th day of June 2012.

Signed: June 8, 2012

Graham C. Mullen
United States District Judge