# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case Number: 3:11cv567

| | |
|---|---|
| Outdoor Lighting Perspectives Franchising, Inc )<br>)<br>Plaintiff, )<br>Vs. )<br>)<br>Charrier, et al )<br>)<br>Defendant ) | **ORDER** |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 7th day of June 2012.

Signed: June 8, 2012

Graham C. Mullen
United States District Judge